UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PRO JEWELER & WATCH, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 18-cv-00236<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 15) |

    Presently before the Court is the parties' Joint Motion to Dismiss. (ECF No. 15.) Good cause appearing, the Court **GRANTS** the parties' Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety. As stipulated by the parties, each party shall bear its own attorney's fees and costs. (*Id.* at 2.) The Clerk of Court shall close the file.

    **IT IS SO ORDERED**.

Dated: October 15, 2018

                                                    *Janis L. Sammartino*
                                                    Hon. Janis L. Sammartino
                                                    United States District Judge